

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-15-2015

# In Re: James Sporish

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"In Re: James Sporish" (2015). *2015 Decisions*. Paper 734.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/734

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-1575
_____

IN RE: JAMES DANIEL SPORISH,
                                        Petitioner
_____

On a Petition for Writ of Mandamus from
the United States District Court
for the Eastern District of Pennsylvania
(Related to D.C. Civ. No. 12-cv-04142)
_____

Submitted Pursuant to Fed. R. App. Pro. 21
April 23, 2015

Before:       MCKEE, Chief Judge, GARTH and BARRY, Circuit Judges

(Opinion filed: July 15, 2015)
_____

OPINION*
_____

PER CURIAM

Petitioner James Sporish, a Pennsylvania state prisoner, filed a petition for a writ

of habeas corpus pursuant to 28 U.S.C. § 2254 on July 19, 2012.  The case was referred

to a Magistrate Judge.  The District Attorney's Office of Delaware County filed a

response on September 13, 2012.  In early 2013, Sporish amended his petition, and filed

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

several motions, including a motion for discovery.  The state promptly responded to these filings.  In October 2013, the case was marked closed and placed in civil suspense pending a report from the Magistrate Judge.

On March 10, 2015, Sporish filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1651 with this Court, alleging extraordinary delay in the adjudication of his petition below.  Subsequently, on May 7, 2015, the Magistrate Judge denied all of Sporish's outstanding motions and entered a Report & Recommendation recommending that Sporish's habeas petition be denied with prejudice.  Accordingly, because Sporish has obtained the relief he requested, the mandamus petition will be dismissed as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).